# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE FRITCH, an individual, on behalf of herself and on behalf of all persons similarly situated,<br><br>    Plaintiff,<br><br>   v.<br><br>THE COCA-COLA COMPANY, a Corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 8:23−cv−00576−JWH−E<br><br>**ORDER STAYING ACTION PENDING SETTLEMENT APPROVAL** |

LITTLER MENDELSON P.C.
Attorneys at Law
2049 Century Park East
5th Floor
Los Angeles, CA
90067.3107
310.553.0308

ORDER STAYING ACTION PENDING SETTLEMENT APPROVAL · 1 · 8:23-CV-00576-JWH-E

The Court, having read and considered the Parties' Stipulation to Stay the Action Pending Settlement Approval, and good cause appearing, hereby **ORDERS** as follows:

1. This action shall remain **STAYED** pending the approval of the Parties' settlement by the Superior Court of the State of California, County of Orange, in Case No. 30-2023-01313737. Any party may make a motion at any time to modify or vacate the stay, for good cause shown.

2. All current deadlines and dates are **VACATED** pending the approval of the Parties' settlement.

3. The Parties are **DIRECTED** to file a Joint Status Report no later than July 12, 2024, and every 90 days thereafter, that advises the Court regarding the status of the final order approving or denying the settlement by the Orange County Superior Court.

**IT IS SO ORDERED.**

Dated: \_\_\_April 15\_\_\_, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON P.C.
Attorneys at Law
2049 Century Park East
5th Floor
Los Angeles, CA
90067.3107
310.553.0308

ORDER STAYING ACTION PENDING SETTLEMENT APPROVAL   2   8:23-CV-00576-JWH-E